## Mary Latham, Appellee, v. Howard D. Salisbury, Appellant.

Gen. No. 42,958.

 Heard in the third division, first district, this court at the December term, 1943; opinion filed May 18, 1945; rehearing denied June 8, 1945; released for publication June 8, 1945. Harold G. Blake, for appellant; Raymond W. Beach, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.